IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBERT WINKELMAN, | : |
| Petitioner | : |
| v. | : Case No. 3:24-cv-196-KAP |
| RANDY IRWIN, SUPERINTENDENT | : |
| S.C.I. FOREST, *et al.*, | : |
| Respondents | : |

Memorandum Order

Petitioner's motion at ECF no. 10 is denied as unnecessary. This matter was stayed in January 2025 at petitioner's request pending completion of appellate proceedings after the denial of his petition for relief under Pennsylvania's Post Conviction Relief Act (PCRA), 42 Pa.C.S. §§ 9541–46, *see* Commonwealth v. Winkelman, CP-17-CR-358-2021 (C.P. Clearfield), *appeal docketed,* 1063 WDA 2025 (Pa.Super.). When the appeal is finished petitioner shall notify the Clerk and service will be ordered.

DATE: December 29, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

William Robert Winkelman QN-7042
S.C.I. Forest
P.O. Box 945
286 Woodland Drive
Marienville, PA 16239